1 ANDREW J. KOZLOW (State Bar No: 252295)
akozlow@ericksenarbuthnot.com
2 ERICKSEN ARBUTHNOT
2300 Clayton Road, Suite 2300
3 Concord, California  94520
(510) 832-7770
4 (510) 832-0102

5 Attorneys for Defendant
Maria Del Rosario Moura

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, <br><br>  Plaintiff, <br><br>  vs. <br><br> PORTUMEX RESTURANT, INC.; ANTONIO G. MOURA; MARIA DEL ROSARIO MOURA, <br><br>  Defendants. | No.  3:16-cv-02934 <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MARIA DEL ROSARIO MOURA TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Albert Dytch ("Plaintiff"), and Defendant. Maria Del Rosario Moura ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a) and Local Rule 6-1(a), Defendant may have to and including August 12, 2016 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order, including the deadline by which the joint site inspection must take place.

Dated: July 22, 2016            MOORE LAW FIRM, P.C.

                                _/s/_____
                                Tanya E. Moore
                                Attorney for Plaintiff
                                Albert Dytch

Dated: July 22, 2016            ERICKSEN ARBUTHNOT

                                _/s/_____
                                Andrew Kozlow
                                Attorney for Defendant
                                Maria Del Rosario Moura

Dated: July 26, 2016

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signature Attestation**

Pursuant to Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document had been obtained from each the other signatories whose signatures are indicated by a conformed signature ("/s/") within this e-filed document.

DATED: July 22, 2016                              ERICKSEN ARBUTHNOT

                                                  By:         */s/ Andrew Kozlow*

                                                  Attorney for Defendant
                                                  Maria Del Rosario Moura